Revised 10/01 WDNY

RECEIVED
SDNY PRO SE O[...]
2025 DEC 30 PM [...]

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

Joseph M. Wilson,

Plaintiff,

-v-                                              25-CV-05804

Open AI et al,

Defendant.

### Application For Order Directing Service by U.S. Marshal

I Joseph M. Wilson, plaintiff in the above entitled action, hereby request an order of the court directing the U.S. Marshals Service for the Western District of New York, pursuant to Fed.R.Civ.P. 4(c)(3), to serve the summons and complaint in this action. I am requesting such an order because [state reason(s) why assistance of Marshals Service is necessary to serve your summons and summons and complaint]:

I have been through a Series of Defamation by Steuben County Sheriff's Department facing charges I did Not Commit. I had to borrow $100,000 to Beat that Case and prove my Innocence. I lost my 3.1% opportunity ownership of Palmcap.com because of the maliscous prosecution, I lost my Home, My belongings Destroyed, My life ruined by a few bad Actors. I Have since written 34 Patents This year alone However I Have Not secured Funding yet. I cannot Afford marshall Service Being unemployed.

Signature of Plaintiff: John M. W[...]

Date: 12/21/25

[margin note: I am asking to please Assist w/ marshall service. JW.]

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_Joseph M. Wilson_,

    Plaintiff,

-v-

_OPenAI    et al_,

    Defendant.

25-CV-05804

## ORDER

Upon receipt of a copy of this order, plaintiff is required to submit the certified copy, marshal forms, summons and complaint to the U.S. Marshal for service upon named defendants.

Pursuant to Fed.R.Civ.P. 4(c)(2), the U.S. Marshal is hereby directed to collect their fee, and serve the Summons and Complaint upon the named defendants.

SO ORDERED.

_____
United States District Judge

Dated: _____



Joey Wilson
PO Box 163
Big Flats NY 14814

RECEIVED
SDNY PRO SE OFF
2025 DEC 30 PM 4: 24

Pro Se
Southern District Court
500 Pearl Street
New York NY

Roch. NY PDDC 146 ZIP
WED 24 DEC 2025 PM

RECEIVED
DEC 30 2025
CLERK'S OFFICE
S.D.N.Y.

RECEIVED USM-SDNY

HANUKKAH FOREVER USA