UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH M. WILSON,, <br><br> Plaintiff, <br><br> -against- <br><br> OPENAI, INC.; OPENAI, LP; OPENAI LLC; OPENAI GLOBAL, LLC; OPENAI CORPORATION, LLC; OPENAI HOLDINGS, LLC; SAMUEL ALTMAN; GREGORY BROCKMAN; BRAD LIGHTCAP; MICROSOFT CORPORATION; SATY A; NADELLA; KEVIN SCOTT; DOES 1 THROUGH 100., <br><br> Defendants. | 25 CIVIL 005804 (GBD) <br><br> **CIVIL JUDGMENT** |

For the reasons stated in the May 27, 2026, order, Plaintiffs complaint, filed IFP under 28 U.S.C. § 1915(a)(1), is dismissed without prejudice for lack of subject matter jurisdiction. See Fed. R. Civ. P. 12(h)(3). The Clerk of Court is directed to terminate all pending motions. The Court declines to exercise its supplemental jurisdiction of any state law claims Plaintiff may be asserting, The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   May 27, 2026
         New York, New York

                                        /s/ George B. Daniels
                                    _____
                                        GEORGE B. DANIELS
                                    United States District Judge